(No. 6108—) .

OKLAHOMA STATE UNIVERSITY OF AGRICULTURE AND · APPLIED SCIENCE, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 30, 1971.*

RAY LEE WALL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6110—)

WATRING BROS., INC., A Wisconsin Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed August 30, 1971.*

LIDSCHIN & PUCIN, Attorney for Claimant. ·

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.